| PROB 22 (CAEP) (Rev. 01/24) | DOCKET NUMBER *(Tran. Court)* 0972 1:16CR00123-01 |
|---|---|
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* 2:25-cr-00284-RFB-EJY |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Christopher Martinez, Sr. Nevada *(City/State only)* | E-CA | Fresno |
| | NAME OF SENTENCING JUDGE | |
| X FILED  ___ RECEIVED  ___ ENTERED  ___ SERVED ON  9/16/2025  CLERK, U.S. DISTRICT COURT  DISTRICT OF NEVADA  BY: MAM  DEPUTY | DATES OF PROBATION / SUPERVISED RELEASE  Supervised Release | FROM 6/8/2022 — TO 6/7/2026 |

OFFENSE

21 USC 846 and 841(a)(1) – Conspiracy to Distribute and Possess With Intent to Distribute Methamphetamine (CLASS B FELONY)

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

The person under supervision has family ties to the District of Nevada and has recently gotten married. As such, he has no intention of returning to the Eastern District of California.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **EASTERN** DISTRICT OF **CALIFORNIA**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **District of Nevada** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

September 10, 2025
*Date*

*[signature]*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF **NEVADA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

9/17/2025
*Effective Date*

*[signature]*
United States District Judge

CC:    United States Attorney

1

1/23/2024 CAEP

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Christopher Martinez

Case No.: 1:16CR00123

TO BE ASSIGNED

September 16, 2025

TO:  The Honorable District Court Judge

On September 4, 2018, Martinez was sentenced by the Honorable Dale A. Drozd to 97 months custody followed by four (4) years of supervised release for committing the offense of Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine. On June 8, 2022, supervision commenced. On August 29, 2024, supervision was transferred to the District of Nevada.

The purpose of this letter is to inform the District of Nevada that the Eastern District of California has initiated a transfer of jurisdiction (TOJ) as evidenced by the signed probation form 22. Martinez transferred his supervision to the District of Nevada to be closer to family and has recently gotten married. Martinez has established ties to the community and has zero intention of returning to the Eastern District of California for the remainder of his time on supervised release, thus a transfer of jurisdiction is appropriate in this case. The probation form 22 is attached for the Court's review.

Should you have any questions, please contact the undersigned at Deleyna_Jensen@nvp.uscourts.gov or (702) 236-2134.

Respectfully submitted,

Digitally signed by Deleyna Jensen
Date: 2025.09.16 12:30:34 -07'00'

Deleyna Jensen
United States Probation Officer

ADDENDUM TO PETITION (Probation Form 12)
RE: Christopher Martinez

Approved:

Digitally signed by Steve Goldner
Date: 2025.09.16 12:18:53 -07'00'

Steve M Goldner
Supervisory United States Probation Officer